IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HANNAH ROMAINE CLECKNER,

        Plaintiff,

    v.

3M COMPANY,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. 22-02055

The Honorable Jennifer P. Wilson

## DEFENDANT 3M COMPANY'S
## PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant 3M Company, by its undersigned attorney, hereby moves this Court for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts II and IV with prejudice. To support its Motion, Defendant 3M relies on the accompanying Memorandum of Law, the contents of which are incorporated herein by reference.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*/s/ Janice G. Dubler*
Janice G. Dubler
1735 Market Street, Suite 3000
Philadelphia, PA 19103
Telephone: 215-995-2804
Fax: 215-995-2801
janice.dubler@ogletree.com

Attorney for Defendant 3M
COMPANY