IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH ROMAINE CLECKNER, | : | Civil No. 1:22-CV-02055 |
| Plaintiff, | : | |
| v. | : | |
| 3M COMPANY, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of December, 2023, following a telephone conference regarding a discovery dispute, *see* Docs. 28 & 29, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff shall identify all providers from whom she has sought any type of treatment for any physical, emotional, or psychology condition or problem in the past ten years.

2) Plaintiff shall provide signed HIPAA authorizations to enable Defendant to obtain records from those identified providers.

3) Plaintiff shall produce the following items limited in time from March 1, 2020, through December 31, 2022:

    a. All social media posts related to or reflecting her employment with Defendant, her religious beliefs, COVID-19, her willingness to get any medical interventions, vaccines, vaccine mandates, COVID-19 treatment, termination from her employment, her post-termination job search, and her emotional or mental state after termination of her employment;

    b. A list of all social media groups to which Plaintiff belongs or follows; and

   c. All text messages, social media exchanges, instant messages or other communications related to the same.

4) Plaintiff shall make these productions to Defendant by **January 8, 2024**.

            s/Jennifer P. Wilson
            JENNIFER P. WILSON
            United States District Judge
            Middle District of Pennsylvania