# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH ROMAINE CLECKNER, | : | Civil No. 1:22-CV-02055 |
| Plaintiff, | : | |
| v. | : | |
| 3M COMPANY, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 13th day of February 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** as follows:

1) Defendant's motion to dismiss is **GRANTED**. (Doc. 12.)

2) Counts II and IV are **DISMISSED WITH PREJUDICE**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania