**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| HANNAH ROMAINE CLECKNER, | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : Case No. 22-cv-2055-JPW |
| 3M COMPANY, | : |
| | : |
| Defendant. | : |
| | : |

**DEFENDANT 3M COMPANY'S
MOTION FOR SUMMARY JUDGMENT PURSUANT
TO FED. R. CIV. P. 56**

Defendant, 3M Company, by and through its undersigned counsel, hereby submits this Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The facts, grounds, authority, and arguments supporting the Motion are set forth in the accompanying Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment, the exhibits cited therein, and the Memorandum of Law in Support of Defendant's Motion for Summary Judgment. Such facts, grounds, authority, and arguments are incorporated by reference and are a part of this Motion.

For the reasons set forth therein, 3M respectfully requests that this Court grant summary judgment in its favor, dismiss Plaintiff's Complaint with prejudice, and enter judgment in favor of 3M and against Plaintiff on all claims.

1

Date: March 19, 2025                    Respectfully submitted,

                                          */s/ Janice G. Dubler*
                                          Janice G. Dubler
                                          Jennifer L. Pacicco
                                          OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.
                                          1735 Market Street, Suite 3000
                                          Philadelphia, PA 19103
                                          (215) 995-2800 (Phone)
                                          (215) 995-2801 (Fax)
                                          janice.dubler@ogletree.com
                                          jennifer.pacicco@ogletree.com
                                          *Attorneys for Defendant 3M Company*