# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HANNAH ROMAINE CLECKNER, | : | Civil No. 1:22-CV-02055 |
| Plaintiff, | : | |
| v. | : | |
| 3M COMPANY, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of September, 2025, upon review of the currently pending motions in this case, **IT IS ORDERED AS FOLLOWS**:

1. Defendant's motion for summary judgment, Doc. 70, is **GRANTED**.

2. Defendant's motion for sanctions, Doc. 57, is **DENIED WITHOUT PREJUDICE**. If Defendant wishes to file a renewed motion for sanctions, such motion shall be filed **within 30 days of this order**.

3. The court will reserve entering final judgment until it has ruled on Defendant's renewed motion for sanctions. If Defendant does not file a renewed motion for sanctions within 30 days of this order, the Clerk of Court shall enter judgment in Defendant's favor and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania