**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

HANNAH ROMAINE CLECKNER,

              Plaintiff,

      v.

3M COMPANY,

              Defendant.

)
)
)
)
)
)
)
)
)
)

No. 22-02055

The Honorable Jennifer P. Wilson

Plaintiff Hannah Romaine Cleckner ("Cleckner") and Defendant 3M Company ("Defendant"), by and through their representative attorneys of record, stipulate and agree as follows:

1) Cleckner hereby withdraws any and all claims that were raised or could have been raised in the Complaint in this action;

2) Cleckner waives any right to appeal any decision or order entered by the Court in this action and agrees not to file any such appeal;

3) Cleckner waives any and all rights regarding, and agrees not to pursue against Defendant (including any successors-in-interest) any alleged claims for discrimination or for any other claim or cause of action based on any alleged action through and including the date this Stipulation is entered;

4) 3M agrees not to re-file its Motion for Sanctions (ECF Nos. 57, 58);

1

5) The Complaint filed by Cleckner is dismissed in its entirety with prejudice as against Defendant with each party to bear their own costs and attorneys' fees and Defendant making no monetary or other payment to Cleckner.

**BARNES LAW LLP**
Attorney for Plaintiff

*/s/ Lexis Anderson*
Lexis Anderson

Date:  September 30, 2025

**OGLETREE, DEAKINS, NASH SMOAK, AND STEWART, PC**
Attorney for Defendant

*/s/ Janice G. Dubler*
Janice G. Dubler

Date: September 30, 2025